E-FILED
Thursday, 01 February, 2007 02:58:25 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 03-10008** |
| **KENNETH EDWARDS** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** USP Florence at 5880 Hwy 67 South, Florence, CO 81226.

**WE COMMAND** that you produce the body of **KENNETH EDWARDS**, Register No. **12268-026**, who is in your custody at Florence ADMAX-USP before the United States District Court on **Thursday, February 8, 2007 at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: 2/1/2007

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _s/C. Lambie_____
    Deputy Clerk

**NOTE:** Please verify receipt and provide contact information with the Clerk's Office at 309-671-7117.